**FILED**

NOV 05 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **23-2082-RBM** |
| Plaintiff, | ) ) ) | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE** |
| v. | ) ) | **UNITED STATES MAGISTRATE JUDGE** |
| Regina Brice | ) ) | |
| Defendant. | ) ) ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may

1

have with the United States and will adjudicate guilt
and impose sentence.

I further understand that any objections to the
Magistrate Judge's findings and recommendation must be
filed within 14 days of the entry of my guilty plea.


Dated: _10-11-24_     _Regina Brice_
                      Defendant


Dated: _16|11|24_     _____
                      Attorney for Defendant


The United States Attorney consents to have the
plea in this case taken by a United States Magistrate
Judge pursuant to Criminal Local Rule 11.1.


Dated: _10/16/24_     _Ronald Sou_
                      Assistant United States
                      Attorney

2